UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN EDRA,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXGEN HEALTHCARE, INC., THE TERRACES OF LOS GATOS, and ROMUALDO GERONIMO,<br><br>    Defendants. | Civil Action No. C-13-0227 RMW<br><br>**ORDER GRANTING DEFENDANTS NEXGEN HEALTHCARE, INC. AND ROMUALDO GERONIMO'S MOTION TO DISMISS PLAINTIFF'S SIXTH CAUSE OF ACTION**<br><br>**[Re: Dkt. No. 14]** |

Defendants NexGen HealthCare, Inc. and Romualdo Geronimo Moved to Dismiss Plaintiff's Sixth Cause of Action. Plaintiff filed a notice of non-opposition to the motion. Dkt. No. 16. Accordingly, the court hereby GRANTS defendants' motion to dismiss plaintiff's sixth cause of action, DISMISSES plaintiff's sixth cause of action with prejudice, and vacates the hearing that was scheduled on April 19, 2013.

**IT IS SO ORDERED.**

Dated: March 29, 2013

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
United States District Court Judge