# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EVELYN EDRA,

               Plaintiff(s),

    v.

NEXGEN HEALTHCARE, INC., et al.,

               Defendant(s).

CASE NO. CV13-0227 RMW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [x] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

---

The parties agree to hold the ADR session by:
- [x] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: 3/29/13

_____
Attorney for Plaintiff, Robert David Baker

Dated: 3/29/13

_____ Allison B. Moser
Attorney for Defendant, NexGen HealthCare, Inc. and Romualdo Geronimo

Dated: 3/29/13

/s/ Alexander M. Sperry
Attorney for Defendant, American Baptist Homes of the West, dba the Terraces of Los Gatos

CONTINUE TO FOLLOWING PAGE

~~[PROPOSED]~~ ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 4/18/13

*Ronald M. Whyte*
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."