FRED ALVAREZ (SBN 68115)
ALLISON B. MOSER (SBN 223065)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:      650-739-3900
falvarez@jonesday.com
amoser@jonesday.com
Attorneys for Defendants
NEXGEN HEALTHCARE, INC. and ROMUALDO
GERONIMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN EDRA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEXGEN HEALTHCARE, INC., THE<br>TERRACES OF LOS GATOS, and<br>ROMUALDO GERONIMO<br><br>                    Defendants. | Civil Action No. CV13-0227 RMW<br><br>**JOINT STIPULATION AND**<br>**[PROPOSED] ORDER TO**<br>**CONTINUE ADR DEADLINE** |

1    Pursuant to USDC Local Civil Rules 6-2 and 7-12, Plaintiff Evelyn Edra and Defendants

2    NexGen Healthcare, Inc., Romualdo Geronimo and American Baptist Homes of the West, dba

3    The Terraces of Los Gatos, ("the Parties") hereby stipulate and agree as follows:

4    WHEREAS the Parties agreed to complete an Early Neutral Evaluation as a form of

5    Alternative Dispute Resolution ("ADR") process;

6    WHEREAS the Parties were ordered by the Court to complete an Early Neutral

7    Evaluation by July 17, 2013;

8    WHEREAS the Parties have an Early Neutral Evaluation scheduled for July 16, 2013,

9    with briefs to be submitted by July 8, 2013;

10   WHEREAS the Parties are currently actively engaged in settlement communications and

11   would like to continue to pursue such negotiations without spending the time and resources to

12   prepare for the currently scheduled July 16, 2013 Early Neutral Evaluation;

13   WHEREAS the Parties are currently in the process of exchanging documents in order to

14   assist in their settlement discussions; and

15   WHEREAS the extension of the ADR deadline will not impact any other currently

16   scheduled deadlines.

17   NOW THEREFORE, the Parties, by and through their undersigned counsel, hereby

18   stipulate and agree as follows:

19   The Parties hereby jointly request that the Court postpone the Parties deadline for

20   completing ADR/Early Neutral Evaluation for 45 days, from July 17, 2013 until August 31, 2013.

21   IT IS SO STIPULATED.

22

23   Dated: June 25, 2013                    JONES DAY

24

25   By: _____
     Allison B. Moser

26   Attorneys for Defendants
27   NexGen Healthcare, Inc. and Romualdo
     Geronimo

28

1     Dated:  June ____, 2013         VAN DERMYDEN ALLISON LAW
2                                                CORPORATION

3

4                                          By: _____
                                                 Alexander M. Sperry

5                                          Attorneys for Defendant
6                                          American Baptist Homes of the West, dba
                                         The Terraces of Los Gatos

7

8     Dated:  June _____, 2013         ROBERT DAVID BAKER, INC.

9

10

11                                          By: _____
                                                 Robert David Baker

12                                          Attorney for Plaintiff Evelyn Edra

13

14     PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16     Date:_____

17

18                                          _____

19                                          Honorable Ronald M. Whyte
20                                          United States District Judge

21

22

23

24

25

26

27

28

1   Dated: June ____, 2013              VAN DERMYDEN ALLISON LAW
                                        CORPORATION
2

3
                                        By: _____
4                                           Alexander M. Sperry

5                                       Attorneys for Defendant
                                        American Baptist Homes of the West, dba
6                                       The Terraces of Los Gatos

7
    Dated: June 25, 2013                ROBERT DAVID BAKER, INC.
8

9

10
                                        By: _____
11                                          Robert David Baker

12                                      Attorney for Plaintiff Evelyn Edra

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  Date:_____

17

18
                                        _____
19                                      Honorable Ronald M. Whyte
                                        United States District Judge
20

21

22

23

24

25

26

27

28

                                              Joint Stipulation to Continue ADR Deadline
                                                                     Civil Action No. CV13-0227 RMW

Dated: June 24, 2013

VAN DERMYDEN ALLISON LAW
CORPORATION

By: _____
    Alexander M. Sperry

Attorneys for Defendant
American Baptist Homes of the West, dba
The Terraces of Los Gatos

Dated: June ____, 2013

ROBERT DAVID BAKER, INC.

By: _____
    Robert David Baker

Attorney for Plaintiff Evelyn Edra

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

                            *Ronald M. Whyte*

                            Honorable Ronald M. Whyte
                            United States District Judge