1  FRED ALVAREZ (SBN 68115)
   ALLISON B. MOSER (SBN 223065)
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Road
   Palo Alto, CA  94303
4  Telephone:   650-739-3939
   Facsimile:   650-739-3900
5  falvarez@jonesday.com
   amoser@jonesday.com
6  Attorneys for Defendants
   NEXGEN HEALTHCARE, INC. and ROMUALDO
7  GERONIMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN EDRA,<br><br>              Plaintiff,<br><br>       v.<br><br>NEXGEN HEALTHCARE, INC., THE TERRACES OF LOS GATOS, and ROMUALDO GERONIMO<br><br>              Defendants. | Civil Action No. CV13-0227 RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE** |

1  Pursuant to USDC Local Civil Rules 6-2 and 7-12, Plaintiff Evelyn Edra and Defendants
2  NexGen Healthcare, Inc., Romualdo Geronimo and American Baptist Homes of the West, dba
3  The Terraces of Los Gatos, ("the Parties") hereby stipulate and agree as follows:
4  WHEREAS the Parties agreed to complete an Early Neutral Evaluation as a form of
5  Alternative Dispute Resolution ("ADR") process;
6  WHEREAS the Parties were ordered by the Court to complete an Early Neutral
7  Evaluation by July 17, 2013;
8  WHEREAS the Parties have an Early Neutral Evaluation scheduled for July 16, 2013,
9  with briefs to be submitted by July 8, 2013;
10 WHEREAS the Parties are currently actively engaged in settlement communications and
11 would like to continue to pursue such negotiations without spending the time and resources to
12 prepare for the currently scheduled July 16, 2013 Early Neutral Evaluation;
13 WHEREAS the Parties are currently in the process of exchanging documents in order to
14 assist in their settlement discussions; and
15 WHEREAS the extension of the ADR deadline will not impact any other currently
16 scheduled deadlines.
17 NOW THEREFORE, the Parties, by and through their undersigned counsel, hereby
18 stipulate and agree as follows:
19 The Parties hereby jointly request that the Court postpone the Parties deadline for
20 completing ADR/Early Neutral Evaluation for 45 days, from July 17, 2013 until August 31, 2013.
21 IT IS SO STIPULATED.

Dated: June 25, 2013                    JONES DAY

                                        By: /s/ Allison B. Moser
                                            Allison B. Moser

                                        Attorneys for Defendants
                                        NexGen Healthcare, Inc. and Romualdo
                                        Geronimo

| | | |
|---|---|---|
| 1 | Dated: June ____, 2013 | VAN DERMYDEN ALLISON LAW CORPORATION |

By: _____
    Alexander M. Sperry

Attorneys for Defendant
American Baptist Homes of the West, dba
The Terraces of Los Gatos

Dated: June ____, 2013    ROBERT DAVID BAKER, INC.

By: _____
    Robert David Baker

Attorney for Plaintiff Evelyn Edra

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_____

_____
Honorable Ronald M. Whyte
United States District Judge

```
 1  Dated: June ___, 2013              VAN DERMYDEN ALLISON LAW
                                       CORPORATION
 2

 3
                                       By: _____
 4                                          Alexander M. Sperry

 5                                     Attorneys for Defendant
                                       American Baptist Homes of the West, dba
 6                                     The Terraces of Los Gatos

 7
     Dated: June 25, 2013              ROBERT DAVID BAKER, INC.
 8

 9

10
                                       By: _____
11                                          Robert David Baker

12                                     Attorney for Plaintiff Evelyn Edra

13

14   PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16   Date:_____

17

18                                     _____
19                                     Honorable Ronald M. Whyte
                                       United States District Judge
20
```

1  Dated: June 24, 2013                VAN DERMYDEN ALLISON LAW
2                                      CORPORATION
3
                                       By: _____
4                                          Alexander M. Sperry

5                                      Attorneys for Defendant
                                       American Baptist Homes of the West, dba
6                                      The Terraces of Los Gatos

7
   Dated: June ____, 2013              ROBERT DAVID BAKER, INC.
8

9

10
                                       By: _____
11                                         Robert David Baker

12                                     Attorney for Plaintiff Evelyn Edra

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15
        ï ÐÌÍH
16  Date:_____

17
                                       _____
18                                     Ronald M. Whyte

19                                     Honorable Ronald M. Whyte
                                       United States District Judge
20

---